JS-6

FILED
CLERK U.S. DISTRICT COURT
JAN 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  Tracy Collins, SBN 144307
   Law Offices of Tracy Collins
2  5699 Kanan Road, Suite 415
   Agoura Hills, CA 91301
3  Phone: (818) 889-2441
   Fax: (818) 889-1210
4  tracy@tracycollins.com

5  Attorney for Plaintiff Kelly Lavino

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KELLY LAVINO, | NO. CV-08-02910 SVW (FMOx) |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| -vs- | The Honorable Stephen V. Wilson |
| METROPOLITAN LIFE INSURANCE COMPANY; MALCOLM PIRNIE WELFARE BENEFIT PLAN, | |
| Defendants. | |

In accordance with the Court's Findings of Fact and Conclusions of Law filed January 13, 2010, it is hereby ORDERED that Plaintiff Kelly Lavino shall have judgment against Defendants Metropolitan Life Insurance Company and the Malcolm Pirnie Welfare Benefit Plan, collectively ("Defendants").

Defendants shall pay to Plaintiff long term disability benefits in accordance with the terms of the Malcolm Pirnie Welfare Benefit Plan ("Plan") from the date of termination of Plaintiff's long term disability claim to the expiration of the "own occupation" period provided by the Plan, such period being January 7, 2008 to March 28, 2008, plus interest on such benefits at the rate prescribed by 28 U.S.C. Section 1961.

The Court further remands this matter to Defendants and orders Defendants to review Plaintiff's eligibility for continued long term disability benefits pursuant to the "any occupation" standard provided by the Plan.

The Court further orders Defendants to review the percentage of benefits to which Plaintiff is entitled pursuant to the terms of the Plan.

Dated: 1/19/10

_____
STEPHEN V. WILSON
U.S. District COURT JUDGE